# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS K. KIEREN, JR., | |
|     Petitioner, | 3:07-cv-00341-LRH-RAM |
| vs. | ORDER |
| STATE OF NEVADA ATTORNEY GENERAL, | |
|     Respondent. | |

Petitioner's motion (#10) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including May 30, 2008.

DATED this 3rd day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE