# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS K. KIEREN, JR., | |
| Petitioner, | 3:07-cv-00341-LRH-RAM |
| vs. | |
| | ORDER |
| STATE OF NEVADA ATTORNEY GENERAL, | |
| Respondent. | |

Petitioner's motion (#16) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including September 12, 2008.

DATED this 26th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE