# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS K. KIEREN, JR., | |
| Petitioner, | 3:07-cv-00341-LRH-RAM |
| vs. | |
| | ORDER |
| STATE OF NEVADA ATTORNEY GENERAL, | |
| Respondent. | |

Petitioner's motion (#28) for an enlargement of time is GRANTED, and the time for petitioner to file an opposition to the motion to dismiss is extended up to and including May 14, 2009. Counsel shall note that the Court's scheduling order (#26) allowed the petitioner longer than otherwise is allowed under the local rules to file an opposition. **In order to avoid unnecessary extension motions, counsel should calendar the deadline set by the Court's order rather than the deadline otherwise established under the local rule absent a court order.**

DATED this 14th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE