UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS K. KIEREN, JR., <br><br> Petitioner, <br> v. <br><br> STATE OF NEVADA ATTORNEY GENERAL, et al., <br><br> Respondents. | Case No. 3:07-cv-00341-LRH-WGC <br><br> ORDER |

This counseled habeas matter under 28 U.S.C. § 2254 comes before the court on several motions to extend time. Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to respond to petitioner's objections (ECF No. 89) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's first and second motions for extension of time to file a reply in support of petitioner's objections (ECF Nos. 91 and 92) are both **GRANTED** *nunc pro tunc*. The reply is due thirty (30) days from the date of the entry of this order.

DATED this 14th day of November, 2017.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE